WARREN L. BROWN, Esq., #100404
LAW OFFICES OF WARREN L. BROWN
315 West Arden Avenue, Suite 28
Glendale, Ca. 91203
Tel(818) 507-4908, Fax(818) 507-4920

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO DIVISION

| In re | Chapter 13 |
|---|---|
| KEVIN DEAN | Case No. 1:09-bk-26137 MT |
| | **NOTICE OF MOTION AND MOTION TO VACATE DISMISSAL OF CASE; DECLARATION OF WARREN L. BROWN IN SUPPORT THEROF;** |
| Debtors. | Date: March 9, 2010<br>Time: 11:00 A.M.<br>Ctrm: 302 SV |

**TO ALL INTERESTED PARTIES: PLEASE TAKE NOTICE** that at the date and time indicated above, Debtor Kevin Dean will move the Court for an order vacating the dismissal of his Chapter 13 case. The Court is located on the Third Floor of 21041 Burbank Blvd., Woodland Hills, CA 91367.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(a)(7), any party who wishes to oppose this motion shall file and serve on counsel for Debtors, not later than fourteen (14) days prior to the date of the hearing on the motion,

a brief but complete written statement of all reasons in opposition thereto. Failure to so file and serve an opposition may be deemed a consent to the granting of the relief sought herein.

This motion shall be based on this notice and the attached Declaration of Warren l. Brown

Dated: February 13, 2010

WARREN L. BROWN
Attorney for Debtor

**FACTUAL BACKGROUND**

The above-captioned case was filed on December 1, 2009. At that time a foreclosure sale date had been set by the holder of Debtor's First Deed of Trust on his home, U.S. Bank.

The Meeting of Creditors was held on January 13, 2010. Debtor's counsel appeared at the Creditors Meeting with Debtor. The Trustee discussed certain issues that needed to be addressed prior to the Confirmation Hearing, which was set for February 9, 2010. Debtor's counsel mistakenly wrote down March 9, 2010 as the date for the hearing. He advised Debtor that he did not have to appear at the Confirmation Hearing.

On February 9, 2010 the Confirmation Hearing was held and Debtor's counsel failed to appear. The case was dismissed at the hearing and an order of dismissal as entered on February 11, 2010.

**DECLARATION OF WARREN L. BROWN**

I, Warren L. Brown, declare as follows:

1

1. I am an attorney admitted to practice before the above-entitled court, and am the attorney of record for Debtor herein.

2. On or about January 13, 2009, I appeared with the Debtor at the scheduled Meeting of Creditors. At that meeting, the trustee discussed her concerns regarding the case and apparently indicated on the record that the case would proceed to a Confirmation Hearing on February 9, 2010.

3. I did not realize it at the time, but I mistakenly wrote down March 9, 2010 as the date for the Confirmation Hearing. It is common for the trustee to continue confirmation hearings at the creditors meeting, so dates are often changed. I advised Debtor that he need not appear at that hearing. As is my practice, I placed the March 9 date in my calendar book in my office when I returned from the Creditors Meeting. I also notified my secretary of that date. I was unaware at the time, but the Confirmation Hearing was already scheduled in my calendar book for February 9, 2010. Apparently my secretary crossed out the February date when I gave her the March date.

4. On February 9, 2010 several events combined to guarantee that I would miss the actual Confirmation Hearing on that date. First, I left my cell phone at home. I had hearings to attend to in the Roybal Building downtown, did not go to my office beforehand, and spent the entire morning there. My secretary, due to a family emergency, was out the entire week of February 8 through 12. I was advised later that Nate Berneman called my office from the courtroom in Woodland Hills to advise of the hearing. Several unsuccessful attempts were made by people in my office to contact me on my cell phone. I made no attempt to call into my office,

1 | because I believe all pay phones have been removed from the Roybal
2 | Building.
3 |     5. By the time I returned to my office, it was too late to do
4 | anything about the hearing. I contacted Mr. Berneman, who informed
5 | me that the case had been dismissed.
6 |     6. I contacted the Debtor to inform him of the situation. I
7 | contacted counsel for the secured lender who had a foreclosure sale
8 | set at the time of the filing of the case and could not get
9 | specific information regarding the status of the foreclosure sale.
10 | I also contacted the foreclosure trustee, and was informed that
11 | they are awaiting instructions from the lender. This means that a
12 | foreclosure sale is still pending, and it could be set for any time
13 | in the future.
14 |     I certify under penalty of perjury that the foregoing is true
15 | and correct, and that this declaration was executed at Glendale,
16 | California on February 13, 2010.

_____
WARREN L. BROWN
Declarant

| In re: Kevin Dean, | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: SV09-26137-MT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
315 W. Arden Avenue, #28, Glendale, CA 91203

The foregoing document described **NOTICE OF MOTION AND MOTION TO VACATE DISMISSAL OF CASE; DECLARATION OF WARREN L. BROWN IN SUPPORT THEREOF;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __2/19/2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Warren L Brown    wbbk@msn.com
- Cassandra J Richey    cmartin@pprlaw.net
- Elizabeth (SV) F Rojas    cacb_ecf_sv@ch13wla.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __2/19/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Served by U.S. Mail**
Hon. Maureen Tighe
US Bankruptcy Judge
21041 Burbank Blvd., #325

☒  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☐  Service information continued on attached page

| 2/19/2010 | Cynthia Meza | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                    F 9013-3.1

| In re: Kevin Dean, Debtor(s). | CHAPTER 13 |
|---|---|
| | CASE NUMBER: SV09-26137-MT |

**Bank Of America**
P.O. Box 15026
Wilmington, DE 19850

**BANK OF AMERICA**
PO BOX 15026
WILMINGTON DE 19850

**BAY AREA CREDIT SERVICES LLP**
1901 W 10TH STREEET
ANTIOCH CA 94509

**Bay Area Credit Services, LLP**
1901 W. 10th Streeet
Antioch, CA 94509

**Cach LLC**
370 17th Street, Suite 5000
Denver, CO 80202

**CACH LLC**
370 17TH STREET SUITE 5000
DENVER CO 80202

**CAPITAL ONE BANK USA, N.A.**
BY AMERICAN INFOSOURCE LP AS AGENT
PO Box 71083
Charlotte, NC 28272-1083

**CAPTIAL ONE**
PO BOX 85520
RICHMOND VA 23285

**Captial One**
P.O. Box 85520
Richmond, VA 23285

**Chase Bank**
P.O. Box 15298
Wilmington, DE 19850

**CHASE BANK**
PO BOX 15298
WILMINGTON DE 19850

**Chase Bank USA, N.A.**
PO Box 15145
Wilmington, DE 19850-5145

**Chevron**
P.O. Box 5010
Concord, CA 94524

**CHEVRON**
PO BOX 5010
CONCORD CA 94524

**Citi Cards**
P.O. Box 6000
The Lakes, NV 89163

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1

Main Document    Page 7 of 8

| In re: Kevin Dean,  Debtor(s). | CHAPTER 13 |
|---|---|
| | CASE NUMBER: SV09-26137-MT |

**CITI CARDS**
PO BOX 6000
THE LAKES NV 89163

**CMI**
4200 INTERNATIONAL PKWY
CARROLLTON TX 75007

**CMI**
4200 International Pkwy
Carrollton, TX 75007

**DEPARTMENT STORES NATIONAL BANK/MACYS**
NCO FINANCIAL SYSTEMS, INC.
PO BOX 137
COLUMBUS, GA 31902-0137

**ELIZABETH A BLEIER ESQ**
BLEIER AND COX
16130 VENTURA BLVD 620
ENCINO CA 91436

**First Commerce Bank**
16851 Ventura Blvd. #1
Encino, CA 91436

**FIRST COMMERCE BANK**
16851 VENTURA BLVD 1
ENCINO CA 91436

**FRANCHISE TAX BOARD**
BANKRUPTCY SECTION MS A340
POB 2952
SACRAMENTO CA 95812-2952

**Macy's**
9111 Duke Blvd.
Mason, OH 45040

**MACYS**
9111 DUKE BLVD
MASON OH 45040

**Portfolio Recovery**
120 Corporate Blvd. #1
Norfolk, CA 23502

**PORTFOLIO RECOVERY**
120 CORPORATE BLVD 1
NORFOLK CA 23502

**PRA Receivables Management, LLC**
As Agent Of Portfolio Recovery Assocs.
c/o Citibank
POB 41067
NORFOLK, VA 23541

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re: Kevin Dean, | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER: SV09-26137-MT |

**PRA Receivables Management, LLC**
As Agent Of Portfolio Recovery Assocs.
c/o The Home Depot
POB 41067
NORFOLK VA 23541

**PRA Receivables Management, LLC**
As Agent Of Portfolio Recovery Assocs.
c/o Capital One Bank
POB 41067
NORFOLK VA 23541

**THE HOME DEPOT**
PO BOX 6029
THE LAKES NV 88901

**The Home Depot**
P.O. Box 6029
The Lakes, NV 88901

**U.S. Bank Home Mortgage/ Downey Savings & Loan Ass**
7720 N. 16th Street, Suite 200
Phoenix AZ 85020

**US BANK HOME MORTGAGE**
3121 MICHAELSON DRIVE
IRVINE CA 92612

**US Bank Home Mortgage**
3121 Michaelson Drive
Irvine, CA 92612

**VALUE HOME LOAN INC**
5959 TOPANGA CAYNON BLVD 120
WOODLAND HILLS CA 91367

**Wells Fargo Card Services**
P.O. Box 10347
Des Moines, IA 50306

**WELLS FARGO CARD SERVICES**
PO BOX 10347
DES MOINES IA 50306

**Worldwide Asset Purchase**
101 Convention Center Street
Las Vegas, NV 89109

**WORLDWIDE ASSET PURCHASE**
101 CONVENTION CENTER STREET
LAS VEGAS NV 89109

**ZENITH ACQUISTION**
220 JOHN GLENN DRIVE 1
AMHERST NY 14228

**Zenith Acquistion**
220 John Glenn Drive #1
Amherst, NY 14228

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1